# Court of Appeals of the State of Georgia

ATLANTA,  August 04, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1613. SCHARTIEANE HILLIARD v. CYNTHIA JACKSON.

The magistrate court issued a dispossessory judgment in favor of Cynthia Jackson and against Schartieane Hilliard. Hilliard appealed to state court. The state court also ruled in Jackson's favor, and Hilliard filed this direct appeal. We lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted). Hilliard's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 08/04/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.